UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND, INDIANA

| | |
|---|---|
| H. Williamson | ) |
| Plaintiff, | ) 2:21-cv-130 |
| v. | ) Judge Springmann |
| S. Sejda and J. Noel, et al. | ) |
| Defendants. | ) |

## JOINT MOTION FOR A SETTLEMENT CONFERENCE

NOW COMES Plaintiff Williamson, along with Defendants Sejda, Noel, and the Town of Hebron. The parties move the Court pursuant to its discretion. Through counsel, the parties state as follows:

(1) Plaintiff asserts that a settlement has been reached by the parties.

(2) Defendants assert that a settlement has not been reached by the parties.

(3) Defendants want a confidentiality clause, and the Plaintiff does not. Plaintiff believes that such a clause is not legal since Defendants are public employees and a municipality. Plaintiff further states that confidentiality was never bargained for.

(4) The parties agree that intervention by the magistrate will be helpful.

WHEREFORE, the parties request a referral to one of the magistrate judges for a settlement conference.

*s/Christopher Cooper*, ESQ. Attorney for Plaintiff
Fraternal Order of Police Legal Defense Plan Attorney
Law Office of Christopher Cooper, Inc. | Indiana Bar 2123245
105 W. Madison St., STE 1350, Chicago, IL 60602 [or] 426 N. Broad St., Griffith, Indiana 46319
Tel: 312 473 2968 [or] 219 228 4396 cooperlaw3234@gmail.com

s\**Kevin W. Vanderground**
**Church Church Hittle + Antrim**
8585 Broadway, Suite 770, Merrillville, IN 46410
**P:** 219.525.4465 | **F:** 219.472.8459   cchalaw.com

**Certificate of Service:** I hereby certify that on the 11th day of December 2021, the foregoing was filed in ECF and that Defendants are registered e-filers.  s\Christopher Cooper